# United States District Court

EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5799

CHAMBERS OF
GERALD BRUCE LEE

TELEPHONE (703) 299-2117
██████████████

October 25, 2008

Honorable Ortrie Smith
Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, NE
Suite 2-301
Washington, DC 20544

Re: Amended Financial Disclosure Report 2007
Response to June 5, 2008 Letter

Dear Judge Smith,

This letter is to provide the Committee on Financial Disclosure with a response to your June 5, 2008 letter requesting additional information about my 2007 Financial Disclosure Report. I spoke to Ms. Dottie Able of your office on September 2, 2008 and she has explained to me that the June 5, 2008 letter, refers to part VII, page 6 of 9, lines 21, 23, and 26, of my 2006 Financial Disclosure Report which has been compared with my 2007 FDR. The references listed in the June 5, 2008 letter were erroneous and Ms. Able explained the items that were in issue.

As I understand it, there are several items of issue. I will address each inquiry one at a time.

First, my 2006 Financial Disclosure Report Line 21 refers to "Goldman Sachs Growth Opportunity – A, 401(k) Fund." This fund is a part of ██████ 401(k) Plan. The manager of this fund periodically changes the investments. It would appear that the "Goldman Sachs Growth Opportunity -A Fund" was sold before the end of 2007. We do not know exactly when the 401(k) plan, removed investments from the Fund.

Second, Line 23 of the 2006 FDR refers to "Dreyfus Midcap Value Fund 401(k)." This fund should have been listed on my 2007 report, and I have now listed it at Line 33 of the Amended 2007 FDR. Additionally, I have reported several other funds that were inadvertently omitted from my 2007 report. These additional funds are listed on the Amended 2007 FDR at Lines 34 through 37.

Third, Line 26 of the 2006 FDR refers to as "STI Classic Large-Cap Real Value 401 (k) Fund." The manager of this fund periodically changes the investments. It would appear that the this fund was sold before the end of 2007. We do not know exactly when the 401(k) plan, removed investments from the "STI Classic Large-Cap Real Value 401 (k) Fund."

Fourth, your letter noted that in part VII of the 2007 FDR report I failed to list the value codes for the "Russell 3000 Index", Line 30; "Wal-Mart Stores, Inc." Line 31, and "Starbucks Corporation" Line 32 stock. I have amended the report reflect the values codes in Lines 30 through 32.

Fifth, after reviewing several statements I have amended the value codes to reflect that in Column B, I was inadvertently reporting the gross value of the fund stock instead of the income earned during the reporting period. I have amended the report reflect the income earned during the reporting period in Column B and amended Column C reflect the gross value at the end of the reporting period.

I appreciate the Committee's patience. Ms. Dottie Able of your staff was very helpful to me during this process and I appreciate it. If you have any additional questions, please call me. Thank you.

Cordially,



Gerald Bruce Lee
United States District Judge

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lee, Gerald B | Eastern District of Virginia | 10/25/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.District Judge-Active | ☐ Nomination, Date<br>☐ Initial ✓ Annual ☐ Final<br>5b. ✓ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 Courthouse Square<br>Alexandria, Virginia 22314 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Federal Judges Association |
| 2. Baord of Advisors | Marshall Brennan Program The American University Washington College of Law |
| 3. Dean's Advisory Council | The American University Washington College of Law |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/16/99 | Delaware Charter Guarantee Trust Company, IRA FBO Gerald Bruce Lee |
| 2. 5/92 | Virginia Retirement System, government pension, Fairfax Circuit Court |
| 3. | |

2008 NOV -3 A 10: 44
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/2007 | ████████████████████ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federal Bar Association and US Sentencing Commission Seminar | May 23-25, 2007 | Salt Lake City Utah | Teach | transportation, meals,and hotel |
| 2. | University of Virginia Trial Advocacy Institute , UVA Law School, Charlottesville, Va | January 10-12, 2007 | Charlottesville, Virginia | Teach | trasnsportation, hotel, and meals |
| 3. | New York Intellectual Property Law Dinner | March 23-25, 2007 | New York City, NY | Dinner | transportation, hotel, and meals |
| 4. | Indiana Bar Association: Patent Law Summit | November 14-16, 2007 | Indianapolis, Indiana | Teach | Transportation, hotel, and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee, Gerald B | 10/25/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Occupational Safety Health Administration Judges Conference | September 26-28, 2007 | New Orleans, Louisiana | Teach | Trransportation, hotel, and meals |
| 6. | Duke Law School: Law and Terrorism | March 14-17, 2007 | Durham, North Carolina | Teach | trransportation, hotel, and meals |
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 10/25/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 10/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Virginia Retirement System Va. Cir. Ct. Pension 92-98 | E | Distribution | K | T | | | | | |
| 2. Alliance Capital Reserves Money Market Fund (401)(K) | A | Dividend | J | T | | | | | |
| 3. Wal Mart Stores,Inc.(IRA) | A | Dividend | J | T | | | | | |
| 4. Opp Quest for Opty A Fund | A | Dividend | J | T | Buy/monthly | 1/07 | J | | |
| 5. | | | | | Partial Sale | 12/07 | J | A | |
| 6. AIM Constellation Fund | A | Dividend | J | T | Buy/monthly | 1/07 | J | | |
| 7. | | | | | Partial Sale | 12/07 | J | A | |
| 8. Johnson Controls | A | Dividend | J | T | | | | | |
| 9. Alger Money Market Fund | B | Dividend | J | T | buy/monthly | 9/01 | J | | |
| 10. | | | | | Partial Sale | 12/04 | J | A | |
| 11. Vanguard Total Stock Index Fund, IRA | C | Dividend | L | T | | | | | |
| 12. Vanguard Total Stock Mkt Index IRA | B | Dividend | K | T | | | | | |
| 13. Vanguard US Growth IRA | A | Dividend | J | T | | | | | |
| 14. Vanguard US Growth Fund IRA | B | Dividend | K | T | | | | | |
| 15. Vanguard 500 Index Fund IRA | C | Dividend | J | T | | | | | |
| 16. Vanguard Capital Opp IRA | C | Dividend | K | T | | | | | |
| 17. Vanguard Treasury M/Market Fund | B | Dividend | K | T | Buy monthly | 01/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Partial Sale | 12/07 | J | A | |
| 19. Fidelity Fund IRA | B | Dividend | J | T | | | | | |
| 20. Fidelity Aggressive Growth IRA | A | Dividend | J | T | | | | | |
| 21. Vanguard Health Care Fnd IRA | B | Dividend | J | T | | | | | |
| 22. STI Classic Growth and Inc. Fund, IRA | A | Dividend | K | T | | | | | |
| 23. TIAA CREF Tax Exempt Bond Fund | A | Dividend | J | T | buy/sell pt. | 01/07 | J | A | |
| 24. Sun Trust Stable Asset, IRA | A | Dividend | J | T | buy* | 01/07 | J | | |
| 25. Janus Adviser International Fund, IRA | D | Dividend | J | T | buy* | 01/07 | J | | |
| 26. MFS Mid Cap Growth Fund | A | Dividend | J | T | buy* | 01/07 | J | | |
| 27. STI Classic US Govt Sec I (IRA) | A | Dividend | J | T | buy* | 01/07 | J | | |
| 28. Fidelity Advisor Equity Inc (IRA) | A | Dividend | J | T | buy* | 01/07 | J | | |
| 29. Walt Disney Co. | A | Dividend | J | T | buy monthly | 01/07 | J | | |
| 30. Russell 3000 Index | B | Dividend | J | T | sell pt. | 07/07 | J | A | |
| 31. Walmart Stores, Inc. | A | Dividend | J | T | sell pt. | 07/07 | J | A | |
| 32. Starbucks Corp | A | Dividend | J | T | buy | 07/07 | J | A | |
| 33. Dreyfus Midcap Value Fund | A | Dividend | J | T | buy | 01/07 | J | | |
| 34. Dreyfus Premier S&P Stars Opp A | A | Dividend | J | T | buy | 01/07 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 10/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Fidelity Advisor Equity Income T | A | Dividend | K | T | buy | 01/07 | | | |
| 36. STI Classis Large Cap Core Equity-I | A | Dividend | K | T | buy | 01/07 | | | |
| 37. T Rowe Price Growth Stock Fund | A | Dividend | K | T | buy | 01/07 | | | |
| 38. Burke & Herbert Bank CD | B | Int./Div. | K | T | sold | 09/08 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

No. 2. Walt Disney Stock. Less than $1,000.00 per month
30. Russell 3000 Index is purchased monthly. Less than $1,000.00 per month.
31. WalMart, Stores, Inc. is purchased monthly. Less than $1,000.00 per month
32. Starbucks Corp is purchased monthly. Less than $1,000.00 per month

No. 23 TIAA CREF Tax Exempt Bond Fund and this fund is purchased monthly. Less than $1,000.00 per month

Note for comparision and explanation re: 2006 Report and compared to 2007 FDR Report

In my 2006 Financial Disclosure Report, I listed

line 21. Goldman Sach Growth Opp-A (401(k)). This fund was sold approximately 12/ 06. Not included in 401 (k) fund in 2007. Not sure of when.

These items were apart of ▮▮▮▮▮▮ 401 (k) plan. ▮▮▮▮▮▮ 401 (k) plan changes funds periodically. As of approximately 12/2006, several funds were added. These funds are listed in lines 34, 35, 36, and 37 of this report.

Line 38. The Burke & Herbert CD was sold in approximately September 2007.

Several value codes were modified for various retirement funds on this amended report. I was improperly listing the value of the funds in Column B which requested income earned during the reporting period.
I have corrected the reporting to reflect gross value at the end of the reporting period and listed value at the end of the period in Column C.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lee, Gerald B | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>04/29/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br>Alexandria, Virginia 22314 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Federal Judges Association |
| 2. Baord of Advisors | Marshall Brennan Program The American University Washington College of Law |
| 3. Dean's Advisory Council | The American University Washington College of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/16/99 | Delaware Charter Guarantee Trust Company, IRA FBO Gerald Bruce Lee |
| 2. 5/92 | Virginia Retirement System, government pension, Fairfax Circuit Court |
| 3. | |

2008 MAY -5 A 10: 57 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 04/29/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/2007 | ████████████████████ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federal Bar Association and US Sentencing Commission Seminar | May 23-25, 2007 | Salt Lake City Utah | Teach | transportation, meals,and hotel |
| 2. | University of Virginia Trial Advocacy Institute , UVA Law School, Charlottesville, Va | January 10-12, 2007 | Charlottesville, Virginia | Teach | trasnsportation, hotel, and meals |
| 3. | New York Intellectual Property Law Dinner | March 23-25, 2007 | New York City, NY | Dinner | transportation, hotel, and meals |
| 4. | Indiana Bar Association: Patent Law Summit | November 14-16, 2007 | Indianapolis, Indiana | Teach | Transportation, hotel, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 04/29/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Occupational Safety Health Administration Judges Conference | September 26-28, 2007 | New Orleans, Louisiana | Teach | Trransportation, hotel, and meals |
| 6. | Duke Law School: Law and Terrorism | March 14-17, 2007 | Durham, North Carolina | Teach | trransportation, hotel, and meals |
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 04/29/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Virginia Retirement System Va. Cir. Ct. Pension 92-98 | E | Distribution | K | T | | | | | |
| 2. Alliance Capital Reserves Money Market Fund (401)(K) | A | Dividend | J | T | | | | | |
| 3. Wal Mart Stores,Inc.(IRA) | A | Dividend | J | T | | | | | |
| 4. Opp Quest for Opty A Fund | A | Dividend | J | T | Buy/monthly | 1/07 | J | | |
| 5. | | | | | Partial Sale | 12/07 | J | A | |
| 6. AIM Constellation Fund | A | Dividend | J | T | Buy/monthly | 1/07 | J | | |
| 7. | | | | | Partial Sale | 12/07 | J | A | |
| 8. Johnson Controls | A | Dividend | J | T | | | | | |
| 9. Alger Money Market Fund | B | Dividend | J | T | buy/monthly | 9/01 | J | | |
| 10. | | | | | Partial Sale | 12/04 | J | A | |
| 11. Vanguard Total Stock Index Fund, IRA | F | Dividend | L | T | | | | | |
| 12. Vanguard Total Stock Mkt Index IRA | B | Dividend | K | T | | | | | |
| 13. Vanguard US Growth IRA | E | Dividend | J | T | | | | | |
| 14. Vanguard US Growth Fund IRA | B | Dividend | J | T | | | | | |
| 15. Vanguard 500 Index Fund IRA | B | Dividend | J | T | | | | | |
| 16. Vanguard Capital Opp IRA | E | Dividend | K | T | | | | | |
| 17. Vanguard Treasury M/Market Fund | D | Dividend | K | T | Buy monthly | 01/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Partial Sale | 12/07 | J | A | |
| 19. Fidelity Fund IRA | A | Dividend | J | T | | | | | |
| 20. Fidelity Aggressive Growth IRA | B | Dividend | J | T | | | | | |
| 21. Vanguard Health Care Fnd IRA | A | Dividend | J | T | | | | | |
| 22. STI Classic Growth and Inc. Fund, IRA | E | Dividend | K | T | | | | | |
| 23. TIAA CREF Tax Exempt Bond Fund | A | Dividend | J | T | buy/sell pt. | 01/07 | J | | |
| 24. Sun Trust Stable Asset, IRA | D | Dividend | J | T | buy* | 01/07 | J | | |
| 25. Janus Adviser International Fund, IRA | D | Dividend | J | T | buy* | 01/07 | J | | |
| 26. MFS Mid Cap Growth Fund | D | Dividend | J | T | buy* | 01/07 | J | | |
| 27. STI Classic US Govt Sec I (IRA) | D | Dividend | J | T | buy* | 01/07 | J | | |
| 28. Fidelity Advisor Equity Inc (IRA) | D | Dividend | J | T | buy* | 01/07 | J | | |
| 29. Walt Disney Co. | C | Dividend | J | T | buy monthly | 01/07 | J | | |
| 30. Russell 3000 Index | B | Dividend | J | T | sell pt. | 07/07 | J | A | |
| 31. Walmart Stores, Inc. | B | Dividend | J | T | sell pt. | 07/07 | J | A | |
| 32. Starbucks Corp | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 04/29/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

No. 2. Walt Disney Stock
30. Russell 3000 Index  is purchased monthly
31. WalMart, Stores, Inc. is purchased monthly
32. Starbucks Corp is purchased monthly

No. 23 TIAA CREF Tax Exempt Bond Fund and this fund is purchased monthly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig  4-28-08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544